JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DAVID MAYER,<br><br>Petitioner,<br><br>v.<br><br>DAVID B. LONG, Warden,<br><br>Respondent. | Case No. CV 14-71 AB(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: April 5, 2019

_____
HONORABLE ANDRE BIROTTE, JR.
UNITED STATES DISTRICT JUDGE